UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

       Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

       Defendant.

Civil Action No. 23-2155 (RCL)

**JOINT STATUS REPORT**

By and through undersigned counsel, Plaintiff Functional Government Initiative ("Plaintiff" or "FGI") and Defendant U.S, Department of Health and Human Services ("Defendant" or "HHS"), respectfully submit this joint status report pursuant to the February 27, 2024 order of the Court.

Plaintiff filed this Freedom of Information Act ("FOIA") suit on July 25, 2023. Defendant answered on November 14, 2023.

Plaintiff submitted FOIA requests dated March 31, 2023 and April 21, 2023. The March 31, 2023 request sought records from December 19, 2022, until the date of the search, pertaining to the report from the Reagan-Udall Foundation for the Food and Drug Administration concerning the FDA's tobacco programs, Operational Evaluation of Certain Components of FDA's Tobacco Program.   The April 21, 2023 request sought records between certain custodians and anyone with 22nd Century Group for the period January 21, 2021, through December 23, 2021.

Defendant provided its first interim response to Plaintiff on December 8, 2023, which

marked the completion of the agency's initial processing.  Defendant continues to await the return of pages sent out for consultation to various agencies.

WHEREFORE, the parties respectfully request that they file another joint status report in sixty days, on or before June 20, 2024, to update the Court on the status, and that the date for submission of a *Vaughn* index and dispositive motion be stayed.  A proposed order is enclosed herewith.

Dated: April 20, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ Thomas W. Duffey_____
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2510
    Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

   /s/ Paul Michael Bartkowski
PAUL MICHAEL BARTKOWSKI
BARTKOWSKI PLLC
6803 Whittier Ave
Suite 200a
McLean, VA 22101
(571) 533-3581
Email: pbartkowski@bartkowskipllc.com

*Attorneys for Plaintiff*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

       Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

       Defendant.

Civil Action No. 23-2155 (RCL)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint status report, it is hereby

ORDERED that the parties shall file a status report on or before June 20, 2024; and it is further

ORDERED that the submission of a *Vaughn* index and dispositive motion are hereby stayed pending further order of the Court.

SO ORDERED:

_____
Dated

_____
ROYCE C. LAMBERTH
United States District Judge

- 3 -